# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2019

158881 & (21)(22)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JUSTIN MARK WOLSCHLAGER,
     Defendant-Appellant.

SC: 158881
COA: 346727
Huron CC: 18-306293-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 21, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2019



t0108

Clerk